U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

MAY 1 0 2004

ROBERT H. SHEMWELL, CLERK
BY_____
             DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| LARRY FREEMAN AND LINDA M. FREEMAN | : | CIVIL ACTION NO. 6:04cv0961 |
| | : | |
| | : | JUDGE REBECCA DOHERTY |
| VS. | : | |
| | : | MAGISTRATE JUDGE MILDRED METHVIN |
| NATIONAL TEACHERS ASSOCIATES LIFE INSURANCE COMPANY | : | |
| | : | |

**RULE 7.1 DISCLOSURE STATEMENT**

NOW INTO COURT, through undersigned counsel, comes defendant, National Teachers Associates Life Insurance Company (hereinafter "National"), who, in accordance with Rule 7.1 of the FRCP states as follows:

1.

National states that 100% of its stock is owned by Ellard Enterprises, Inc., a Texas corporation.

By Attorneys,

TAYLOR, PORTER, BROOKS, & PHILLIPS L.L.P.

By_____
John Michael Parker (#10321) T.A.
Russell L. Mosely (#28165)
451 Florida Street, 8th Floor
Post Office Box 2471
Baton Rouge, LA 70821
Telephone: 225-387-3221
Telecopier: 225-346-8049



- CERTIFICATE -

I certify that a copy of the foregoing was this day mailed, postage prepaid, to Mr. Lynn A. DeRouen, DeRouen & Wattigny, A.P.L.C., 103 East Main Street, New Iberia, Louisiana, 70506.

Baton Rouge, Louisiana, this 7th day of May, 2004.

_____
John Michael Parker

- 2 -

262000v.1

# TAYLOR, PORTER, BROOKS & PHILLIPS
— L.L.P. —

## ATTORNEYS AT LAW
*Founded 1912*

WILLIAM SHELBY McKENZIE
JOHN S. CAMPBELL, JR
JOHN R. THARP
W. LUTHER WILSON
GERALD L. WALTER, JR.
J CLAYTON JOHNSON
G MICHAEL PHARIS
EUGENE R. GROVES
A. MICHAEL DUFILHO
W. ARTHUR ABERCROMBIE, JR
FREDRICK R. TULLEY
VERNON P MIDDLETON
JAMES LEEPER ELLIS
JOHN MICHAEL PARKER
NANCY C. DOUGHERTY
MARY E. THARP
JOHN ASHLEY MOORE
EDWIN W. FLESHMAN
VICKI M. CROCHET

HARRY J PHILIPS, JR.
LLOYD J LUNCEFORD
THOMAS R. PEAK
C. MICHAEL HART
JOHN F DERMOTT [1,2]
BRETT P FURR
M LENORE FEENEY
KATHLEEN C MASON
MARC S WHITFIELD [1]
JOHN H RUNNELS [4]
GREGORY E BODIN
JAMES R CHASTAIN [2]
MARGARET H KERN
DEBORAH E. LAMB
T MacDOUGALL WOMACK
DAVID M. BIENVENU, JR.
DAVID J SHELBY II
ERICK Y MIYAGI
ANNE J CROCHET

POST OFFICE BOX 2471
BATON ROUGE, LOUISIANA 70821

8TH FLOOR BANK ONE CENTRE
451 FLORIDA STREET (70801)

TELEPHONE (225) 387-3221
FACSIMILE (225) 346-8049

www.taylorporter.com

ROBERT W BARTON
PRESTON J. CASTILLE, JR.
JOHN STEWART THARP [6]
JOHN S. CAMPBELL, III
JOHN P MURRILL
BONNIE J. DAVIS [4]
MARY L DOUGHERTY [2,3]
ANDRÉE MATHERNE CULLENS
BRANDON K BLACK
AMY GROVES LOWE
TIMOTHY J POCHÉ
MICHAEL A. CRAWFORD
JOHN B NOLAND, JR.
PHILLIP E. FOCO
TODD S MANUEL
JOHN ALLAIN VIATOR
TRACY AVERETT MORGANTI
ANDRÉ J. PORTER [4,5]
MICHELLE MARNEY HOWARD
JENNIFER M SIGLER

RYAN N OURS
ELISABETH QUINN ZELDEN
EDYTHE L KOONCE
ERINN W. NEYREY
LESLIE E AYRES [7]
ALLISON R. HAYDEN
VALERIE E LEGÉ
RUSSELL L. MOSELY
JASON M. DeCUIR
KATHLEEN G TRASCHER

**SPECIAL COUNSEL**
H EVANS SCOBEE

**OF COUNSEL**
TOM F PHILLIPS
FRANK M. COATES, JR.
WILLIAM H McCLENDON III
WILLIAM A NORFOLK
ROBERT H HODGES
JOHN L. GLOVER

1 LL M IN TAXATION
2 BOARD CERTIFIED TAX SPECIALIST
3 BOARD CERTIFIED ESTATE SPECIALIST
4 REGISTERED PATENT ATTORNEY
5 LL.M. IN INTELLECTUAL PROPERTY
6 LICENSED IN MISSISSIPPI
7 LICENSED IN TEXAS

WRITER'S DIRECT DIAL NUMBER: 225-381-0227
e-mail address: mike.parker@taylorporter.com

RECEIVED
MAY 1 0 2004
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

May 7, 2004

Ms. Catherine B. Carter, Deputy Clerk
2100 John M. Shaw U.S. Courthouse
United States District Court, Western District
800 Lafayette Street
Lafayette, LA 70501

RE: Larry Freeman and Linda M. Freeman
vs. National Teachers Associates Life Insurance Company
Civil Action No. 6:04cv0961, Judge Doherty, Magistrate Judge Methvin

Dear Ms. Carter:

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure and the Court's Order issued herein on May 4, 2004, enclosed please find two (2) copies of defendant's Disclosure Statement. A duplicate copy is enclosed so you may indicate the filing information thereon and return to our office in the self-addressed, stamped envelope which is enclosed for your convenience.

Very truly yours,

TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P.

John Michael Parker
JMP:cba
4754/00001
Enclosures
cc: Lynn A. DeRouen (w/encl.)